FILED US District Court-UT
MAR 02 '22 PM02:03

ANDREA T. MARTINEZ, United States Attorney (#9313)
JAY T. WINWARD, Assistant United States Attorney (#11806)
Attorneys for the United States of America
20 North Main Street, Suite 208
St. George, Utah 84770
Telephone: (435) 634-4264
jay.winward@usdoj.gov

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ANGJO MARY LYNN TAYLOR and DOMINIQUE TERENCE ROGERS, <br><br> Defendants. | INDICTMENT <br><br> Case No. <br><br> VIOLATION: <br><br> <u>COUNT I</u>:  21 U.S.C. § 841(a), Possession of Methamphetamine with Intent to Distribute. |

Case: 4:22-cr-00020
Assigned To : Shelby, Robert J.
Assign. Date : 3/2/2022

The Grand Jury charges:

## <u>COUNT I</u>

(Possession of Methamphetamine with Intent to Distribute)

On or about February 9, 2022, in the District of Utah,

**ANGJO MARY LYNN TAYLOR and DOMINIQUE TERENCE ROGERS,**

defendant herein, did knowingly and intentionally possess with intent to distribute five

1

hundred (500) grams or more of a mixture or substance containing a detectable amount of methamphetamine a Schedule II controlled substance within the meaning of 21 U.S.C. § 812, all in violation of 21 U.S.C. § 841(a)(1) and punishable pursuant to 21 U.S.C. § 841(b)(1)(A).

A TRUE BILL:

_____
FOREPERSON of the GRAND JURY

ANDREA T. MARTINEZ
United States Attorney

_____
JAY T. WINWARD
Assistant United States Attorney

2